**23SL-CC03437**

Electronically Filed - ST LOUIS COUNTY - August 15, 2023 - 04:23 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, STATE OF MISSOURI,
CIVIL CIRCUIT COURT DIVISION

| | |
|---|---|
| PURE HEART TRUCKING, L.L.C. | ) |
|     PLAINTIFF, | ) |
|  VS. | ) CASE NO.: 23SL-CV_____ |
| | ) |
| SA RECYCLING, INC., | ) |
|     DEFENDANT. | ) |
| | ) |
| SERVE AT: | ) |
| 3620 NORTH HALL | ) |
| ST. LOUIS, MO. 63147 | ) |

**PLEASE TAKE NOTICE: PURSUANT TO R.S.MO. §429.220, Judgment by default, "Judgment by default shall be rendered against every defendant who, after being summoned or notified according to law, shall not appear and plead within the time allowed in ordinary civil actions."**

### PETITION FOR BREACH OF CONTRACT & DAMAGES

**COMES NOW** the **PLAINTIFF, PURE HEART TRUCKING, L.L.C.,** by and through Counsel of Record, and, pursuant to R.S.Mo. Chapters 478, 508 & 516, Rule 55 of the Missouri Rules of Civil Procedure, for Plaintiff's cause of action against the aforementioned Defendants, states, alleges, and avers as follows:

### I. STATEMENT OF SUBJECT MATTER JURISDICTION & VENUE

1. That, this action is brought pursuant to this Honorable Court's original jurisdiction over all cases and matters, with such jurisdiction and authority bestowed by and through the Constitution of the State of Missouri, Article 5, §14 and Mo. Rev. Stat. §478.070.

2. That, the amount in controversy exceeds twenty five thousand dollars ($25,000).

3. That, venue is proper under Mo. Rev. Stat. §508.010 in that the Plaintiff's cause of action accrued in the City of St. Louis, County of St. Louis, State of Missouri.

### II. STATEMENT OF THE PARTIES AND PERSONAL JURISDICTION

Electronically Filed - ST LOUIS COUNTY - August 15, 2023 - 04:23 PM

4.   That, the Plaintiff, **PURE HEART TRUCKING, L.L.C.,** is a Limited Liability Company, registered to conduct business within the State of Missouri, whose present address and place of business is within the County of Audrain, State of Missouri.

5.   That, the Defendant, **SA RECYCLING, INC.,** is a company organized under the laws of the State of California, United States, authorized to conduct business within the State of Missouri.

## III. FACTUAL ALLEGATIONS PERTINENT TO ALL COUNTS

6.   That, said Defendant conducts business in many states, including, but not limited to, the State of Missouri.

7.   That, Defendant maintains a business in St. Louis, Missouri.

8.   That, at all times material and relevant hereto, Defendants operated in the City of St. Louis, Missouri.

9.   That, Defendants contracted with Top Flight Transportation, Inc., for the transportation of a centrifuge to Defendant's premises, with said machinery weighing approximately Twenty-Four Thousand pounds (24,000 lbs.).

10.   That, Top Flight Transportation, Inc., contracted with Plaintiff for transportation of said centrifuge from Raleigh, Illinois, to the Defendant's St. Louis, Missouri, operations center.

11.   That, upon delivery of the centrifuge to the Defendant at Defendant's St. Louis operation center located at 3620 North Hall, St. Louis, Missouri, on May 10, 2023, Defendant was solely responsible for the unloading of said centrifuge.

12.   That, despite Plaintiff's warning of impending damage and instructions to use greater care and other precautions, Defendant damaged Plaintiff's truck and trailer during the unloading process.

Electronically Filed - ST LOUIS COUNTY - August 15, 2023 - 04:23 PM

13. That, Plaintiff's truck and trailer were damaged in the following amounts:

    A. Damages to truck, $6,114.33;

    B. Damages to one-of-a-kind trailer, with no replacement available $125,000.00.

14. That, in addition to the damages state above, Plaintiff suffered, and continues to suffer, monetary damages in the nature of lost revenue in the amount of $1,000.00 per day, with a total estimated monetary damage for said lost revenue as of the time of filing estimated at $68,000.00.

## IV. PARTICULAR COUNTS

### COUNT I. NEGLIGENCE

COMES NOW the PLAINTIFF, PURE HEART TRUCKING, L.L.C., by and through Counsel of Record, and, pursuant to R.S.Mo. Chapters 478, 508 & 516, Rule 55 of the Missouri Rules of Civil Procedure, for Plaintiff's cause of action against the aforementioned Defendants, states, alleges, and avers as follows:

15. That, Plaintiff incorporates by reference each and every aforementioned paragraph as though stated in *haec verba*.

16. That, Defendant had a duty to use the ordinary care and skill that a reasonable operator would use in unloading Plaintiff's trailer.

17. That, Defendant breached said duty.

18. That, Defendant was negligent in the performance of its duties.

19. That, as a result of Defendant's negligence, Plaintiff was damaged as referenced above.

20. That, Defendant should be held legally liable for Plaintiff's damages.

Electronically Filed - ST LOUIS COUNTY - August 15, 2023 - 04:23 PM

**WHEREFORE,** the Plaintiff prays to this Honorable Court for an award of damages in an amount that is fair and reasonable, for costs herein expended, post-judgment interest pursuant to R.S.Mo. §408.040.2, for punitive damages, and for such other and further relief in Plaintiff's favor as this Court may deem necessary, just, and proper under the circumstances and in the premises.

## COUNT II. BREACH OF CONTRACT

**COMES NOW** the **PLAINTIFF,** by and through Counsel of Record, and, pursuant to R.S.Mo. Chapters 478, 508 & 516, Rule 55 of the Missouri Rules of Civil Procedure, for Plaintiff's cause of action against the aforementioned Defendants, sounding in Breach of Contract, states, alleges, and avers as follows:

21. That, each and every allegation contained the aforementioned paragraphs is incorporated herein as though stated in *haeec verba*.

22. That, the causes of action contained herein arose from a transaction between Plaintiff and Defendants concerning their agreement for compensation for Defendant's negligence and Plaintiff's damages.

23. That, shortly after the damages inflicted upon Plaintiff, Defendant offered, and Plaintiff accepted, that Defendant would compensate Plaintiff and make Plaintiff whole for the aforementioned damages suffered.

24. That, the terms of the agreement were that Defendant would pay for all costs associated with repairing Plaintiff's truck and Defendant would also pay for the total value of Plaintiff's trailer.

25. That, Plaintiff performed and/or tendered performance and had completed all conditions precedent pursuant to the terms of the agreement.

Electronically Filed - ST LOUIS COUNTY - August 15, 2023 - 04:23 PM

26.    That, the Defendant breached the aforementioned contract.

27.    That, as a result of Defendant's breach, Plaintiff has been suffered damages as aforementioned, and continues to suffer damages on a daily basis at the rate of $1,000.00 per diem.

28.    That, Defendant, by its own actions, words, and deeds, breached the contract in bad faith and with malicious intent.

**WHEREFORE,** the Plaintiff prays to this Honorable Court for an award of damages in the amount of $199,114.33 for costs herein expended, post-judgment interest pursuant to R.S.Mo. §408.040.2, for punitive damages, and for such other and further relief in Plaintiff's favor as this Court may deem necessary, just, and proper under the circumstances and in the premises.

## COUNT III.  FRAUD IN THE INDUCEMENT

**COMES NOW** the **PLAINTIFF,** by and through Counsel of Record, and, pursuant to R.S.Mo. Chapters 478, 508 & 516, Rule 55 of the Missouri Rules of Civil Procedure, for Plaintiff's cause of action against the aforementioned Defendants, sounding in Breach of Contract, states, alleges, and avers as follows:

29.    That, each and every allegation contained the aforementioned paragraphs is incorporated herein as though stated in *haec verba.*

30.    That, Defendant, acting in bad faith and with malicious intent, made statements and offers to Plaintiff as to promises to pay for damages caused to Plaintiff by Defendant.

31.    That Defendant intended that Plaintiff rely upon said statements.

32.    That, Defendant's statements were untrue.

33.    That, Defendant's statements were made with the intent that Plaintiff would rely upon said statements.

Electronically Filed - ST LOUIS COUNTY - August 15, 2023 - 04:23 PM

34.    That, Plaintiff detrimentally relied upon said statements.

35.    That, due to said statements and inducement, Plaintiff has suffered, and continues to suffer, damages.

**WHEREFORE,** the Plaintiff prays to this Honorable Court for an award of damages in an amount that is fair and reasonable, for costs herein expended, post-judgment interest pursuant to R.S.Mo. §408.040.2, for punitive damages, and for such other and further relief in Plaintiff's favor as this Court may deem necessary, just, and proper under the circumstances and in the premises.

_____                07/17/2023
Pure Heart Trucking, L.L.C.                      Date
Tommy Chick, Managing Member


Law Office of Jason Shackelford, P.C.
/s/ Jason A. Shackelford
Jason A. Shackelford, Attorney for Plaintiff,
Missouri Bar Number 49655
P.O. Box 164
929 East Highway 22
Centralia MO 65240
Telephone: 573-682-2501
E-mail: JAS@LawofficeOfJasonShackelfordPC.com
JasonShackelfordLaw@Gmail.com